# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

MITCHELL D. STIPP, an individual, and
AMY STIPP, an individual, and both as
parents of MITCHELL STIPP, JR., a minor
child,

                      Plaintiffs,

v.

DR. JULIE F. BEASLEY, an individual, and
JULIE F. BEASLEY, PH.D., INC., a Nevada
corporation,

                      Defendants.

Case No. 2:16-cv-00357-APG-PAL

**ORDER DISMISSING CASE FOR LACK
OF JURISDICTION**

       The plaintiffs filed this lawsuit in this court based on diversity jurisdiction under 28 U.S.C. §1332. (Dkt. #1 at 4:8-14.)  That statute provides that "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States." 28 U.S.C. §1332(a)(1).

       The plaintiffs admit in their complaint that plaintiff Mitchell D. Stipp "is an individual residing in Clark County, State of Nevada and is a citizen of the State of Nevada." (Dkt. #1 at 2:2-3.)  The plaintiffs also admit that "Defendant Dr. Julie F. Beasley . . . is an individual residing in Clark County, State of Nevada and is a citizen of the State of Nevada" and that "Beasley Inc. is a corporation incorporated and existing pursuant to the laws of the State of Nevada, with its principal place of business in Clark County, Las Vegas, State of Nevada." (*Id.* at 2:13-19.)  Because Mitchell Stipp is a citizen of Nevada and both defendants are citizens of Nevada, complete diversity is lacking and the court cannot exercise diversity jurisdiction.

       IT IS THEREFORE ORDERED that this case is dismissed.

       Dated: February 25, 2016.

                                  _____

                                  ANDREW P. GORDON
                                  UNITED STATES DISTRICT JUDGE